B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zaza Corp** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**02-0593206** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**141 Cooper Road**<br>**West Berlin, NJ**<br>ZIP Code **08091** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Camden** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Zaza Corp** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)   **Page 3**

| **Voluntary Petition** | Name of Debtor(s): **Zaza Corp** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor  X _____ Signature of Joint Debtor  _____ Telephone Number (If not represented by attorney)  _____ Date | X _____ Signature of Foreign Representative  _____ Printed Name of Foreign Representative  _____ Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Leonard R. Wizmur** Signature of Attorney for Debtor(s)  **Leonard R. Wizmur** Printed Name of Attorney for Debtor(s)  **Wizmur & Finberg, LLP** Firm Name  **525 Route 73 South, Suite 200 Marlton, NJ 08053** Address  Email: lwizmur@wizmurfinberg.com  **856-988-9055  Fax: 856-988-9678** Telephone Number  **February 12, 2010** Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)  _____ Address  X _____  _____ Date  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X **/s/ Firas Emachah** Signature of Authorized Individual  **Firas Emachah** Printed Name of Authorized Individual  **President** Title of Authorized Individual  **February 12, 2010** Date |

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
## District of New Jersey

In re **Zaza Corp**
                                    Debtor(s)

Case No.
Chapter **11**

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    **N/A**

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    **N/A**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re **Zaza Corp**
       Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | **American Express**<br>PO Box 981535<br>El Paso, TX 79998-1535 | | | **180,000.00** |
| **Beatriz Arango**<br>609 Valley Brook Avenue<br>Lyndhurst, NJ 07071 | **Beatriz Arango**<br>609 Valley Brook Avenue<br>Lyndhurst, NJ 07071 | | | **5,828.00** |
| **Cardo Windows, d/b/a Castel "The Window**<br>Kenneth Goodkind, Esquire<br>Flaster/Greenberg, P.C.<br>1810 Chaple Avenue W., 3rd Floor<br>Cherry Hill, NJ 08002-1900 | **Cardo Windows, d/b/a Castel "The Window**<br>c/c Flaster/Greenberg, P.C.<br>1810 Chaple Avenue W., 3rd Floor<br>Cherry Hill, NJ 08002-1900 | Judgment - DC C-83-08 | | **1,661,047.34** |
| **Donald & Marlene Kish**<br>9 Cumberland Road<br>Hamilton Twp., NJ 08690 | **Donald & Marlene Kish**<br>9 Cumberland Road<br>Hamilton Twp., NJ 08690 | | | **4,200.00** |
| **Everton & Charmaine Hunter**<br>938 Madison Avenue<br>Plainfield, NJ 07060 | **Everton & Charmaine Hunter**<br>938 Madison Avenue<br>Plainfield, NJ 07060 | | | **6,000.00** |
| **Gene & Anisha Gizersky**<br>12 Chestnut Court<br>Marlboro, NJ 07746 | **Gene & Anisha Gizersky**<br>12 Chestnut Court<br>Marlboro, NJ 07746 | | | **4,000.00** |
| **Gloria Douglas**<br>446 New Market Road<br>Piscataway, NJ 08854 | **Gloria Douglas**<br>446 New Market Road<br>Piscataway, NJ 08854 | | | **6,826.00** |
| **Haiyne & Jillian Nie**<br>9 Grant Court<br>Flanders, NJ 07836 | **Haiyne & Jillian Nie**<br>9 Grant Court<br>Flanders, NJ 07836 | | | **5,443.00** |
| **Jaimin & Bhavna Pandya**<br>5697 Cricket Lane<br>Bensalem, PA 19020 | **Jaimin & Bhavna Pandya**<br>5697 Cricket Lane<br>Bensalem, PA 19020 | | | **12,836.00** |
| **Janice Nygren**<br>1844 North Eden Road<br>Lancaster, PA 17601 | **Janice Nygren**<br>1844 North Eden Road<br>Lancaster, PA 17601 | | | **6,470.00** |
| **John Henriques**<br>94 Old Mountain Road<br>Lebanon, NJ 08833 | **John Henriques**<br>94 Old Mountain Road<br>Lebanon, NJ 08833 | | | **6,793.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Zaza Corp**
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jose & Jasmi Almonte**<br>**522 Oley Street**<br>**Reading, PA 19601** | **Jose & Jasmi Almonte**<br>**522 Oley Street**<br>**Reading, PA 19601** | | | **3,500.00** |
| **Ken Yavit**<br>**713 Chapel Road**<br>**Glenside, PA 19038** | **Ken Yavit**<br>**713 Chapel Road**<br>**Glenside, PA 19038** | | | **4,194.00** |
| **Kim & Mary Obermair**<br>**3 Walnut Way**<br>**Annandale, NJ 08801** | **Kim & Mary Obermair**<br>**3 Walnut Way**<br>**Annandale, NJ 08801** | | | **4,000.00** |
| **Kurt & Donna Thum**<br>**23 Thomas Avenue**<br>**Shrewsbury, NJ 07702** | **Kurt & Donna Thum**<br>**23 Thomas Avenue**<br>**Shrewsbury, NJ 07702** | | | **5,793.00** |
| **Lois Steindl**<br>**504 Cottonwood Court**<br>**Howell, NJ 07731** | **Lois Steindl**<br>**504 Cottonwood Court**<br>**Howell, NJ 07731** | | | **3,443.00** |
| **Matt & Luxi Schinella/Zhuang**<br>**17 Heyward Hills Drive**<br>**Holmdel, NJ 07733** | **Matt & Luxi Schinella/Zhuang**<br>**17 Heyward Hills Drive**<br>**Holmdel, NJ 07733** | | | **3,460.00** |
| **Miles & Donna Opatosky**<br>**23 Tudor Drive**<br>**Wayside, NJ 07712** | **Miles & Donna Opatosky**<br>**23 Tudor Drive**<br>**Wayside, NJ 07712** | | | **3,225.00** |
| **Robert & Josephine Zingone**<br>**314 Bolton Road**<br>**East Windsor, NJ 08520** | **Robert & Josephine Zingone**<br>**314 Bolton Road**<br>**East Windsor, NJ 08520** | | | **5,514.00** |
| **Vishal & Ankita Javia**<br>**3 Redberry Court**<br>**East Brunswick, NJ 08816** | **Vishal & Ankita Javia**<br>**3 Redberry Court**<br>**East Brunswick, NJ 08816** | | | **3,667.00** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 12, 2010**          Signature  **/s/ Firas Emachah**
                                                **Firas Emachah**
                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Abitare
Management Office
10000 Town Center Blvd
Voorhees, NJ 08043


American Comsumer Shows
6901 Jericho Turnpike
Suite 250
Syosset, NY 11791-4626


American Express
PO Box 981535
El Paso, TX 79998-1535


Anil & Mida Jani
21 Victorian Drive
Old Bridge, NJ 08857


Anthony & Maria Oramas
53 Glendale Street
Nutley, NJ 07110


Beatriz Arango
609 Valley Brook Avenue
Lyndhurst, NJ 07071


Bill & Jean Lanno
621 Bensel Drive
Landing, NJ 07850


Bill Wall Supply, Inc.
106 Sicklerville Road
Blackwood, NJ 08012


BMW Financial Services
PO Box 9001065
Louisville, KY 40290-1065


Brian & Leonie Barretto
2208 Merrywood Drive
Edison, NJ 08817


Canon Financial Services
14904 Collection Center Drive
Chicago, IL 60693

Cardo Windows, d/b/a Castel "The Window
Kenneth Goodkind, Esquire
Flaster/Greenberg, P.C.
1810 Chaple Avenue W., 3rd Floor
Cherry Hill, NJ 08002-1900


Carl & Carol Nigro
3 Barker Street
Brick, NJ 08724


Carmen Howard
302 Kings Croft
Cherry Hill, NJ 08034


Caroeann Toronto
14 Emerson Court
Mahwah, NJ 07436


Christopher & Catharina Ravenscraft
1367 Jasper Drive
Ambler, PA 19002


Chuck & Angela Dellaria
46 Watson Drive
Mount Laurel, NJ 08054


Clipper Magazine
3708 Hempland road
Mountville, PA 17554-0610


Clyde & Lisa Nix
22 Nottingham Way
Mount Laurel, NJ 08054


Comcast Spotlight
PO Box 8500-53003
Philadelphia, PA 19178


Darand Garner
458 LaCascata
Clementon, NJ 08021


Dave & Bridget Handy
286 Oneida Avenue
Plainfield, NJ 07060

Document      Page 9 of 17

Dave & Doreen Heister
19 Canterbury Court
Sewell, NJ 08080

David & Jennifer Eckels
20 Birch Court
Lancaster, PA 17603

Debra Barbato
489 Orchard Circle
Exton, PA 19341

Denise Bono
357 Colonial Drive
Deptford, NJ 08090

Denise Osborn
5579 Lodge Place
Millville, NJ 08332

Deona Davis
12 Felter Place
Willingboro, NJ 08046

Dominic & Bernice McFadden
106 Tennyson Lane
North Wales, PA 19454

Donald & Marlene Kish
9 Cumberland Road
Hamilton Twp., NJ 08690

Doris Spetsas
317 Portsmouth Road
Cherry Hill, NJ 08034

Eddie & Jane Rome
281 Overbrook Avenue
Dallas, PA 18612

Edwin & Jennifer Martinez
47 Edgewood Road
Sicklerville, NJ 08081

```
Elkin Pena
98 Oak Street, Apt 4810
Clementon, NJ 08021


Enrique Iglesias
543 Sandy Street
Norristown, PA 19401


Eric & Jean Johnson
54 Willow Street
Port Reading, NJ 07064


Eric & Jill Hastings
892 Estates Blvd.
Trenton, NJ 08690


Everton & Charmaine Hunter
938 Madison Avenue
Plainfield, NJ 07060


FOS Holding Company
60 Dellett Court
Shamong, NJ 08088


FOS Holding, Inc.
60 Dellett Court
Shamong, NJ 08088


Fred Eaker
4 Terry Lane
East Brunswick, NJ 08816


Gene & Anisha Gizersky
12 Chestnut Court
Marlboro, NJ 07746


Glen & Randi Halpern
21 Talmadge Drive
Monroe Township, NJ 08831


Gloria Douglas
446 New Market Road
Piscataway, NJ 08854
```

GMAC
PO Box 9001948
Louisville, KY 40290-1948


GMAC Mortgage
PO Box 4622
Waterloo, IA 50704-4622


Haiyne & Jillian Nie
9 Grant Court
Flanders, NJ 07836


Infinity Auto
PO Box 371447
Pittsburgh, PA 15250-7447


Intergrated Waste Solutions, Inc.
1246 West Chester Pike
Suite 310
West Chester, PA 19382-5683


Internal Revenue Service
955 Springfield Avenue
Springfield, NJ 07081


Ismael & Raquel Galeano
818 Somerset Street
Gloucester City, NJ 08030


Jaimin & Bhavna Pandya
5697 Cricket Lane
Bensalem, PA 19020


Janice Nygren
1844 North Eden Road
Lancaster, PA 17601


Jeremy Spinella
15 Margarete Drive
Elmer, NJ 08318


Joe & Anne Thekkekara
11 Wesley Road
Congers, NY 10920

John & Cindy Binnig
245 Progress Street
Riverside, NJ 08075

John & Kathleen Hauger
140 West Ridley Avenue
Norwood, PA 19074

John Henriques
94 Old Mountain Road
Lebanon, NJ 08833

Jose & Jasmi Almonte
522 Oley Street
Reading, PA 19601

Joseph & An Mazurkiewicz
489 Granger Avenue
Bear, DE 19701

Joseph & Heyon Morre-Mudry
829 N. Jackson Street
Wilmington, DE 19806

Juan & Doris Mendez
728 Old Farm Road
Bridgewater, NJ 08807

Julio & Louise Tojeira
33 Dorset Road
Manchester Township, NJ 08759

Kathy Ranieri
8 Canterbury Place
Sicklerville, NJ 08081

Keith & Carol Hines
8 Woods End Road
West Orange, NJ 07052

Ken Yavit
713 Chapel Road
Glenside, PA 19038

Kim & Mary Obermair
3 Walnut Way
Annandale, NJ 08801


Kurt & Donna Thum
23 Thomas Avenue
Shrewsbury, NJ 07702


Lansing Building Products
8501 Sanford Drive
PO Box 9489
Richmond, VA 23228


Lois Steindl
504 Cottonwood Court
Howell, NJ 07731


Louella Anderson
237 Renner Avenue
Newark, NJ 07112


Louis & Theresa Settembrino
130 Smith Street
Oceanport, NJ 07757


Marc & Cathy Conover
919 Rabens Avenue
Manville, NJ 08835


Matt & Luxi Schinella/Zhuang
17 Heyward Hills Drive
Holmdel, NJ 07733


Matthew & Sara Kuhlen
37 Valley Road
Mount Ephraim, NJ 08059


Mercedes-Benz
PO Box 9001921
Louisville, KY 40290-1921


Michael & Jessica Nusbaum
1 Paul Court
Lebanon, NJ 08833

Michael Riley
1303 Squirrel Road
Wall, NJ 07719


Mike & Krista Wintersteen
57 Lynrose Circle
Schwenksville, PA 19473


Miles & Donna Opatosky
23 Tudor Drive
Wayside, NJ 07712


Mohamed & Kathy Idrissi
155 Liberty Street
Fords, NJ 08863


Mohammed Rahman
2206 Grand Avenue
North Bergen, NJ 07047


Narendra & Hasumati Patel
163 Middlesex Avenue
Piscataway, NJ 08854


Newtown-Slocomb Mfg, Inc.
55 Thayer Street
Wilkes Barre, PA 18702


Nyrhee Gilmore
71 King Henry Court
Dover, DE 19901


Pat Worrell
2622 W. 7th Street
Chester, PA 19013


Pete & Stacy Hinkle
112 Juniper Way
Robinsville, NJ 08691


Peter & Beth Schlaline
35 Poplar Springs Blvd.
Stewartstown, PA 17363

```
Professional Commmunication Svc
106 Poplar Street
Erie, PA 16507


Rebecca Hegal
82-25 Cliffwood Avenue
Cliffwood, NJ 07721


Rich Blerim Pacuku
2 Yorktown Drive
Marlton, NJ 08053


Robert & Josephine Zingone
314 Bolton Road
East Windsor, NJ 08520


Rod & Camile Desnoyers
828 West Germantown Pike
Eagleville, PA 19403


Ronald DiPlacido
6 Cooper Avenue
Clementon, NJ 08021


Ruba Construction, Inc.
2 Allington Court
Medford, NJ 08055


Sakeenah Salaam
5211 LeParc Drive #3
Wilmington, DE 19809


Scatton Manufacturing Company
284 Wissahickon Avenue
North Wales, PA 19454


Sedrick & Jennifer Pyatt
848 Marbro Avenue
Brick, NJ 08724


Serge & Elena Moldavisky
11 Doby Road
Mendham, NJ 07945
```

Sharon Spilker
103 Lamplighter Court
Marlton, NJ 08053


Springtime Coffee Company
6900 River Road
Pennsauken, NJ 08110


State of New Jersey
Division of Taxation
PO Box 245
Trenton, NJ 08695


Stephanie Selinger
234 Airy Street
Phoenixville, PA 19460


Steve & Marsha Stempien
354 Reyburn Road
Shickshinny, PA 18655


Subhash Sapra
63 South Main Street
Spring Valley, NY 10977


The Highlands Cherry Hill Apartments
1980 Route 70 East
Cherry Hill, NJ 08003


Thomas & Joanne Rist
1512 Johnsway
Tobyhanna, PA 18466


Tony & Kathy Miskovich
35 Sherold Road
Colonia, NJ 07067


Travelers Insurance Co. of NJ
2 Coleman Avenue
Cherry Hill, NJ 08034


Vere Gittens
174 Buttonwood Drive
Piscataway, NJ 08854

```
Verizon Wireless
PO Box 26055
Minneapolis, MN 55426


Vishal & Ankita Javia
3 Redberry Court
East Brunswick, NJ 08816


W.B. Mason Company Inc.
PO Box 111
59 Centre Street
Brockton, MA 02303


Wachovia Bank, National Association
Mail Code VA7628
PO Box 13327
Roanoke, VA 24040


Walt & Patricia Licanusi
3148 Main Street
Frederica, DE 19946


Wayne & Cecylia Ford
3100 Orwig Road
Stewartstown, PA 17363
```